# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES M. FORBUS, JR.,** *Plaintiff,* | ) ) ) |
| vs. | ) **Case No.   22-cv-1724-RJD** ) ) |
| **CF REMODELING, LLC, et al.,** *Defendants.* | ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on May 22, 2025 and May 28, 2025, this case is DISMISSED with prejudice.

**DATED: May 29, 2025**

                                                  **MONICA A. STUMP**
                                                  **CLERK OF COURT**

                                          **By:** *s/ Jamie Melson*
                                                      **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*

**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**